UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
    Plaintiff

       v.                    Case No.  09-cr-85-01-SM

Paul J. Loch,
    Defendant

## O R D E R

Defendant Loch's motion to continue the trial is granted  (document no. 9). Trial has been rescheduled for the September 2009 trial period.   Defendant Loch shall file a waiver of speedy trial rights not later than June 8, 2009.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is scheduled for September 4, 2009 at 2:00 p.m.

Jury selection  will take place on September 15, 2009  at  9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
_____
Steven J. McAuliffe
Chief Judge

May 29, 2009

cc: Jessica Brown, Esq.
    Arnold Huftalen, AUSA
    Mark F. Daly, Esq.
    U.S. Marshal
    U.S. Probation